UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09CR623 HEA |
| | ) | |
| HERMAN MONSON-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of

Magistrate Judge Mary Ann L. Medler, that Defendant's Motion to Suppress

Evidence, [Doc. No. 38], and Defendant's Motion to Suppress Statements, [Doc.

No. 39], be denied. None of the parties have filed any objections to the Report and

Recommendation within the prescribed time period.

Judge Medler has thoroughly analyzed Defendant's Motions. The Report and

Recommendation clearluy details the law and its application to the facts. The

Report and Recommendation is adopted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress

Evidence, [Doc. No. 38] and Defendant's Motion to Suppress Statements, [Doc.

No. 39] are denied.

Dated this 8th  day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE